IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY STOKES,

        Defendant.

Case No. 19-20036-CM-TJJ

FILED UNDER SEAL

## INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH FIVE

On or about the dates listed below, in the District of Kansas and elsewhere, the defendant,

**ANTHONY STOKES,**

knowingly and intentionally distributed a mixture or substance containing fentanyl, which is a controlled substance, as set forth below:

| Count | Date | Total Weight |
|---|---|---|
| One | December 3, 2018 | 1.9637 grams |
| Two | December 17, 2018 | 1.99 grams |
| Three | January 26, 2019 | 1.8904 grams |
| Four | February 13, 2019 | 4.5472 grams |
| Five | February 19, 2019 | 4.5051 grams |

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## **COUNTS SIX THROUGH TEN**

On or about the dates listed below, in the District of Kansas and elsewhere, the defendant,

**ANTHONY STOKES,**

knowingly, and without authorization from Mallinckrodt Pharmaceuticals, sold and dispensed tablets embossed on one side of each tablet with the letter "M" within a box, and on the other side of each tablet, the number "30," said marks being the identifying marks of Mallinckrodt Pharmaceuticals, which drugs were not manufactured by or under the authorization of Mallinckrodt Pharmaceuticals, thereby causing the purported oxycodone tablets to be a counterfeit drug as defined at 21 U.S.C. § 321(g)(2), as set forth below:

| Count | Date | Counterfeit Drug | Quantity of Tablets |
| --- | --- | --- | --- |
| Six | December 3, 2018 | Oxycodone HCI 30 mg tablet manufactured by Mallinckrodt | 22 tablets |
| Seven | December 17, 2018 | Oxycodone HCI 30 mg tablet manufactured by Mallinckrodt | 21 tablets |
| Eight | January 26, 2019 | Oxycodone HCI 30 mg tablet manufactured by Mallinckrodt | 20 tablets |
| Nine | February 13, 2019 | Oxycodone HCI 30 mg tablet manufactured by Mallinckrodt | 51 tablets |

| Ten | February 19, 2019 | Oxycodone HCI 30 mg tablet manufactured by Mallinckrodt | 52 tablets |

This was in violation of Title 21, United States Code, Sections 331(i)(3) and 333(b)(8), and Title 18, United States Code, Section 2.

A TRUE BILL.

Dated:  June 5, 2019    /s/ *Foreperson*
                                          FOREPERSON

*/s/ D. Christopher Oakley,* #19248, for
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Email:  Stephen.mcallister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

# PENALTIES

**Counts 1 through 5: 21 U.S.C. §§ 841(a)(1) Distribution of a mixture and substance containing fentanyl**

- NMT 20 years imprisonment,
- NMT $1,000,000 fine,
- NLT 3 years supervised release, and
- $100 special assessment

If the defendant has a prior conviction for a felony drug offense:

- NMT 30 years imprisonment,
- NMT $2,000,000 fine,
- NLT 6 years supervised release,
- $100 special assessment, and
- Forfeiture allegation.

**Counts 6 through 10: 21 USC § 331(i)(3) Sale of counterfeit drugs with intent to defraud or mislead (penalty provision at § 333**

- NMT 10 years imprisonment,
- NMT $2500,000 fine,
- NMT 1 year supervised release, and
- $100 special assessment.

4