**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-20036-01-CM/TJJ |
| | ) | |
| ANTHONY STOKES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO UNSEAL INDICTMENT**

Comes now the United States, by and through D. Christopher Oakley, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the above case in which the Indictment was filed on June 5, 2019, be unsealed.

WHEREFORE, the United States requests that the Indictment in the above-captioned case be unsealed.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ D. Christopher Oakley
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: 913-551-6730
Fax: 913-551-6541
Chris.Oakley@usdoj.gov
Ks S.Ct.No. 19248

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

s/ D. Christopher Oakley
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
